■ RKO GENERAL, INC., Plaintiff, v CINEMA-VUE CORP. et al., Defendants and Third-Party Plaintiffs-Respondents. JUDY GARLAND et al., Third-Party Defendants-Appellants. Motion for leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of the Supreme court, as affirmed by this court, properly made?" Concur—Kupferman, J. P., Lupiano, Capozzoli and Lane, JJ.

(Republished)

■ IRMA ZAYAS, Individually and as Administratrix of the Estate of MARIO ZAYAS, Deceased, Respondent, v LUX SERVICE CORP. et al., Appellants, and MARCOS CLAUDIO, Respondent. JULIO DELGADO, Respondent, v MARCOS CLAUDIO, Respondent, and LUX SERVICE CORP. et al., Appellants. CAONIBA ORONA, as Guardian of RAMON ORONA, JR., an Infant, and as Administratrix of the Estate of RAMON ORONA, Deceased, Respondents, v MARCOS CLAUDIO, Respondent, and LUX SERVICE CORP. et al., Appellants.—Judgment, Supreme Court, New York County, entered August 9, 1974, unanimously affirmed. Respondents Orona and Claudio shall recover of appellants one bill of $60 costs and disbursements of this appeal. The order of this court entered on April 3, 1975 is vacated. Concur—Markewich, J. P., Murphy, Lupiano, Tilzer and Lynch, JJ. [47 AD2d 867.]

(April 15, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS RODRIGUEZ, Appellant.—Judgment, Supreme Court, New York County, rendered on September 18, 1973, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd. 5). No opinion. Concur—Murphy, J. P., Lupiano, Capozzoli, Lane and Nunez, JJ.